ANTON E. NEMETH *v.* GUN RACK, LTD., ET AL.
(11802)

O'CONNELL, LAVERY and HEIMAN, Js.

Argued November 3—decision released November 23, 1993

*James H. Lee,* for the appellant (plaintiff).

*Michael T. Wade,* with whom, on the brief, was *F. Timothy McNamara,* for the appellee (defendant Robert M. Carroll).

PER CURIAM. The judgment is affirmed.